IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY TOLIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-1064-NJR-DGW |
| ) | |
| UNKNOWN PARTY, DARIN OLMSTEAD,) | |
| and CYNTHIA JORDAN, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are three motions filed by Plaintiff, Anthony Toliver, related to discovery (Docs. 46, 47, and 48) on February 5 and 8, 2016.

Plaintiff seeks a copy of his deposition transcript (which was taken on November 13, 2015), he requests copies of grievances, logs, names of medical personnel, and incident reports. Plaintiff also seeks a reopening of discovery due to institutional lock downs from October 2015 to January 2016. Plaintiff has attached interrogatories directed to Defendants.

On January 27, 2015, a Scheduling Order was entered in this matter setting forth a November 20, 2015 discovery deadline (Doc. 13). No extension of that deadline has been granted. In Plaintiff's first Motion (Doc. 46), he indicates that he has not received a copy of his transcript for corrections and signature (*See* Doc. 45). It appears, however, that Plaintiff received a copy of his transcript after this motion was filed – it is attached to Defendants' motion for summary Judgment filed on February 29, 2016 (Doc. 50-1, p. 11). To the extent that Plaintiff complains that his legal mail is being interfered with, such claims are beyond the claims made in this suit and will not be considered.

In his "Motion for Reopening Discovery," Plaintiff states that because of institutional lockdowns from October 2015 to January 2016, he was not able to go to the law library in order to serve the interrogatories and requests to produce contained in Document 47. Plaintiff offers no reason, however, why he failed to conduct discovery from January to October 2015. Plaintiff has failed to show what good cause and excusable neglect would warrant an extension of the discovery deadline. *See* FED.R.CIV.P. 6(b)(1).

Plaintiff's Motions are **DENIED** (Docs. 46, 47, and 48).

**IT IS SO ORDERED.**

**DATED: March 15, 2016**

**DONALD G. WILKERSON**
**United States Magistrate Judge**